■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HOUSTON DOUGLAS, Appellant. [932 NYS2d 722]—

Since the defendant had not yet completed his originally imposed sentence of imprisonment when he was resentenced, resentencing him to a term which included the statutorily required period of postrelease supervision did not subject him to double jeopardy or violate his right to due process of law (*see People v Lingle*, 16 NY3d 621 [2011]; *People v Dawkins*, 87 AD3d 550 [2011]; *People v Harris*, 86 AD3d 543, 543-544 [2011], *lv denied* 17 NY3d 859 [2011]; *People v Guillen*, 85 AD3d 1201, 1202 [2011], *lv denied* 17 NY3d 859 [2011]).

The defendant's remaining contention is without merit. Rivera, J.P., Dickerson, Eng and Roman, JJ., concur.